IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

A. BUHLER S.A. CURTUME,           )
              Plaintiff,      )
    v.                         )        1:05CV979
                               )
UNIVERSAL LEATHER, L.L.C.,    )
              Defendant.     )

ORDER

This matter is before the Court on a Motion by Plaintiff A. Buhler S.A. Curtume ("Buhler") to excuse the direct presence of a representative of Buhler at the March 14, 2007 Settlement Conference in this case. Buhler is a Brazilian corporation, and all of its employees and principals are in Brazil. Defendant Universal Leather, L.L.C. consents to this request. The Court has considered the representations of the parties, particularly in light of Defendant's consent, and will excuse the direct presence of Buhler's representative at the Settlement Conference. However, Buhler's counsel must be present at the Settlement Conference with full authority to speak on Buhler's behalf. In addition, the president of Buhler and its general counsel must participate in the Settlement Conference via telephone, and counsel for Buhler must make any necessary prior arrangements to ensure that Buhler's representatives are able to call in and participate via telephone.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Excuse the Presence of a Representative [Document #45] is GRANTED subject to the conditions set forth above.

This, the 9th day of March, 2007.

                                                                      United States District Judge